THE HONORABLE MARY JO HESTON
CHAPTER 7
TACOMA, WA

BROWN & SEELYE PLLC
744 S Fawcett Ave
Tacoma, WA 98402
253-573-1958
866-422-6196 fax

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re

Grant Slish
Shannon Slish
　　　　Debtor(s)

Case No. 12-44577-MJH

DECLARATION OF DEBTOR(S) IN SUPPORT OF MOTION TO REOPEN CASE & AVOID JUDGMENT LIEN

We, Grant Slish and Shannon Slish, being first duly sworn, does hereby depose and say under penalty of perjury:

1. We are the Debtors named above and have personal knowledge of all matters set forth herein.

2. We are in a discharged Chapter 7 bankruptcy.

3. Our home listed in the bankruptcy at the time of filing was valued at $391,900.00.

4. We have a mortgage listed in Schedule D in the amount of $364,525.94.

5. There is a judgment lien on our property from Capital One Bank, NA vs Grant P. and Shannon Slish, Pierce County Superior Court, State of Washington, Judgment No. 11-2-13559-0 filed September 29, 2011, Superior Court Case No. 11-9-11122-0, in the amount of $30,637.84.

6. We believe the amounts listed on Schedule A and C are correct and accurate. We would ask the court to enter the Order Reopening the Case and Avoiding the Lien of Capital One Bank in our case.

Dated: 12-4-19

_/s/ Grant Slish_
Grant Slish
Debtor

_/s/ Shannon Slish_
Shannon Slish
Joint Debtor

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
(253)573-1958
866-422-6196 Fax